UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-2288

EDITH HOPKINS,

Plaintiff - Appellant,

versus

UNIVERSITY OF MARYLAND AT COLLEGE PARK,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-94-3549-DKC)

Submitted: January 15, 1998      Decided: January 27, 1998

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edith Hopkins, Appellant Pro Se. Anne Love Donahue, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to the Defendant in a discrimination case filed under the Civil Rights Act of 1964 (Title VII)[1] and the Age Employment Discrimination Act (AEDA).[2] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.[3] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[1] <u>See</u> 42 U.S.C. § 2000(e)-16 (1994).

[2] <u>See</u> 29 U.S.C. § 633(a) (1994).

[3] <u>Hopkins v. University of Maryland</u>, No. CA-94-3549-DKC (D. Md. Aug. 15, 1997).